IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:17 CR 158 |
| Plaintiff, | ORDER GRANTING SEVERANCE |
| -vs- | JUDGE JACK ZOUHARY |
| Anthony Haynes (1),<br>Laura Lloyd-Jenkins (4), | |
| Defendants. | |

A record phone hearing was held on February 5, 2019. Counsel present: John Thebes and Peter Wagner for Defendant Haynes; Steven Groth and Robert Miller for Defendant Laura Lloyd-Jenkins; and Mike Freeman and Alissa Sterling for the Government. Court Reporter: Stacey Kiprotich.

This Court granted the renewed Motion of Defendant Laura Lloyd-Jenkins to sever her trial from the trial of Defendant Haynes. This Court finds that the risk of prejudicial spillover was significant under recent changed circumstances. The charges against Lloyd-Jenkins are much more limited in scope and severity than those of Haynes. Further, a separate trial for Lloyd-Jenkins is the most efficient use of judicial resources for a trial too long delayed.

For the reasons stated on the record, the trial of Lloyd-Jenkins will proceed on **Wednesday, February 6, 2019 at 1:00 PM**. A further Status Hearing for Defendant Haynes is scheduled for next **Tuesday, February 12, 2019 at 12:00 PM**. At that time, counsel shall use the same District Court conference line.

This Court finds that the time period until February 12, 2019 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) to provide Defendant Haynes reasonable time to investigate and prepare pretrial motions, review discovery and prepare for trial. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and Defendants in obtaining a speedy trial.

IT IS SO ORDERED.

                                               s/ *Jack Zouhary*
                                               JACK ZOUHARY
                                               U. S. DISTRICT JUDGE

February 5, 2019